JS-6

Vahag Matevosian (State Bar No. 283710)
Email: consumerlitigationteam@kaass.com

**KAASS LAW**
313 East Broadway #944
Glendale, California, 91209
Telephone: 310.943.1171

Attorneys for Plaintiff
MARTIN MARTIROSYAN

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MARTIROSYAN, an individual,<br>        Plaintiff,<br><br>  vs.<br><br>CHASE BANK USA, N.A., a National Association; *et al*,<br>        Defendants.<br>_____ | Case No.  2:12-cv-08902-GW-(MANx)<br><br>ORDER GRANTING THE JOINT STIPULATION TO DISMISS DEFENDANT CHASE BANK USA, N.A. WITH PREJUDICE |

Based on the JOINT NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS by Plaintiff MARTIN MARTIROSYAN and Defendant CHASE BANK USA, N.A., the above-captioned action is hereby dismissed as to Defendant CHASE BANK USA, N.A. with prejudice.

Each Party is to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated:  April 22, 2013

_____
HON. GEORGE H WU
UNITED STATES DISTRICT JUDGE

---

1

**[Proposed] ORDER**